# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-CV-60006-RAR

Plaintiff:
**EMILIO PINERO**

vs.

Defendant:
**M & B, INC.**

For:
Lauren Wassenberg
LAUREN WASSENBERG, ESQ.
1825 Nw Corporate Blvd.
Suite 110
Boca Raton, FL 33431

Received by OJF SERVICES, INC. on the 8th day of January, 2020 at 3:19 pm to be served on **M & B, INC. C/O SHOBI U. KAHN REGISTERED AGENT, 3701 NW 9 AVENUE, DEERFIELD BEACH, FL 33064**.

I, DOUG NELSON, do hereby affirm that on the **10th day of February, 2020** at **11:55 am, I:**

**.CORPORATE**: Served the within named corporation by delivering a true copy of the SUMMONS AND COMPLAINT, the registered agent was not available as required under F.S. 48.091. Accordingly service was made on NADRA KHAN as CO-RESIDENT OF SHOBI U. KAHN of the within named person's usual place of abode, located at 5300 GODFREY RD, PARKLAND, FL 33067 who resides therein who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes of the within named corporation pursuant to FS 48.081 3(b) in accordance with 48.031

**Additional Information pertaining to this Service:**
NO LONGER AT THE ORIGINAL ADDRESS PROVIDED. I THEN ATTEMPTED 5300 GODFREY RD, PARKLAND, FL 33067, WHERE SERVICE WAS COMPLETED.



## RETURN OF SERVICE For 20-CV-60006-RAR

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**DOUG NELSON**
SPS #773

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2020000422

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DATE: 2/10/2020   TIME: 11:55a
INITIALS: DN   ID#: 773

| | |
|---|---|
| EMILIO PINERO | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)*<br>v. | )<br>) Civil Action No. 20-cv-60006-RAR<br>) |
| M & B, INC. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M & B, INC.
Reg Agent: KAHN, SHOBI U
3701 NW 9 AVE
Deerfield Beach, FL 33064

② 8300 Godfrey Rd
Parkland, FL 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Glenn Goldstein, Esq.
150 SE 2nd Ave Ste 805
Miami, FL 33131-1574
ggoldstein@g2legal.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/2/2020



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patrick Edwards
Deputy Clerk
U.S. District Courts

OJF SERVICES, INC.
954.929.4215
WWW.OJFSERVICES.COM

422