UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-60006-RAR

EMILIO PINERO,

              Plaintiff,

v.

M & B, INC.,

              Defendant.

_____/

**REQUEST TO ENTER CLERK'S DEFAULT**

TO:    STEVEN M. LARIMORE CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF FLORIDA

     Please enter default of Defendant, M & B, INC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above captioned action as fully appears from the Court file herein and from the attached affirmation of Lauren N. Wassenberg, Esq.

Respectfully Submitted,

s/ Lauren N Wassenberg
LAUREN N. WASSENBERG, ESQ.
Florida Bar No: 34083
1825 NW Corporate Blvd, Suite P110
Boca Raton, FL 33431
Ph. (561) 571-0646

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 10th day of March, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. Plaintiff further certifies that a copy of the enclosed was sent by e-mail to the Defendant.

By: s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
Florida Bar No.: 34083