UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-60006-RAR

EMILIO PINERO,

              Plaintiff,

v.

M & B, INC.,

              Defendant.

_____/

**AFFIRMATION IN SUPPORT OF APPLICATION FOR CLERK TO ENTER DEFAULT**

Lauren N. Wassenberg, hereby affirms under penalty of perjury as follows:

1. I am the attorney for the Plaintiff, Emilio Pinero, in the above captioned matter.

2. The within action was commenced for injunctive relief, pursuant to the Americans with Disabilities Act, 42 U.S.C., Section 12181 *et. seq*. (ADA), and 28 CFR, Part 36 (ADAAG).

3. Plaintiff, is a resident of the State of Florida, and this jurisdictional district, and is a double amputee from the knee down, disabled as defined by the ADA, and is substantially limited in performing his daily activities, and uses a wheelchair for mobility purposes.

4. The within action was instituted by the service of a Complaint on the Defendant, M & B, INC., on February 10, 2020. Although the time to respond expired on March 02, 2020, as of this date no Response has been interposed on behalf of the Defendant. The Defendant is a corporate entity, and is not an individual in the military service, nor is the Defendant an infant or incompetent.

5. The Defendant to date has not interposed an answer. It is apparent that the Defendant has no intention of voluntarily submitting to the jurisdiction of the Court.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter Notice of Default in the within matter.

Respectfully Submitted,

s/ Lauren N Wassenberg
LAUREN N. WASSENBERG, ESQ.
Florida Bar No: 34083
1825 NW Corporate Blvd, Suite P110
Boca Raton, FL 33431
Ph. (561) 571-0646

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 10th day of March, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. Plaintiff further certifies that a copy of the enclosed was sent by e-mail to the Defendant.

By: s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
Florida Bar No.: 34083